FILED
2009 Nov-18 AM 08:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

# In the United States District Court
## For the Northern District of Alabama

W FILED
2009 NOV 16 P 4:0
U.S. DIS
N.D. OF

CV-09-B-2339-W

Joseph Bennefield
_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

v.

Warden Price et al
_____

(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2. Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3. Docket Number _____

      4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement **BiBB** _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )    No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )    No ( )

   C. If your answer is YES:

      1. What steps did you take? _____

         _____

      2. What was the result? _____

         _____

         _____

   D. If your answer is NO, explain why not? **We as inmates Do Not know About it if there is one**

      _____

      _____

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) **Joseph Bennyfield**

      _____

      Address **565 BiBB LANE Brent AL 35034**

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Warden Price Deputy Warden Estes
   is employed as Both Wardens At BiBB
   at BiB

C. Additional Defendants Captin Toney Lt Hutin
   Sgt Woason

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

When I came from Kilby I had A Bottom Bunk Profile for my Back And Sgt Woason told me She did Not have any Beds open At that time And She Also told me She Does Not Do 30 day Notice well I Signed up for Sick call And got Another on E-till 4-1-010 I Sent Lt Hutin A request Slip he told me if I Send anymore About A profile agien he will move me to D-Dorm I have Sent meany requst TO Sgt Woason Captin toney And Both warden And I have Not gotten Any respose I Am Now on top rack and my ribs are hurting BACK iS iN Pain I Just whant A Bottom Bed iN Edrom

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I whANt Bottom Bed iN E Drom + 2,000

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-9-09
             (date)

JOSePh BenNefielD

Signature(s)

- 4 -